UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RANDALL HUGHES, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 4:17 CV 1500 RWS |
| ILLINOIS TESTING SERVICES, INC., et al., | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiffs shall have default judgment against defendant Illinois Testing Services, Inc. in the amount of $10,285.87.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 6th day of July, 2017.